FILED
2008 Nov-21 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **BENJAMIN FRANK BERRY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **5:07-cv-1512-UWC** |
| **BIG FITNESS, INC. and** ) | |
| **SHOPPERS CHARGE** ) | |
| **ACCOUNTS COMPANY,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION GRANTING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In this removed action brought under the Fair Credit Reporting Act, the Fair Debt Collections Practices Act, and alleging a state law defamation claim, Defendants have moved for summary judgment, supported by exhibits and briefs. Docs. 25, 26, 27, 28.

Plaintiff has not controverted the motions.

Accordingly, by separate order, the unopposed summary judgment motions will be granted.



_____
U.W. Clemon
United States District Judge